FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 JAN 31  P 2: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
         Petitioner )
)
V. ) M.B.D. No.
) 05MBD 10062
WILLIAM REGO )
)
         Respondent )

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael Sullivan, United States Attorney for the District of Massachusetts, state that:

1. This proceeding for the enforcement of an Internal Revenue Service Summons is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. sections 7402(b) and 7604(a).

2. Katherine McDonough is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under the Internal Revenue Laws.

3. The respondent, William Rego resides or is found at 243 Bowen Street, Fall River, Massachusetts 02724 within the jurisdiction of this Court.

4. Section 6020(b) of the Internal Revenue Code of 1986, 26 U.S.C., authorizes the Secretary of the Treasury, acting by his agents and employees in the Internal Revenue Service, to make a return from his own knowledge and from such information as he can obtain through testimony or otherwise for a person who fails to file a return. For the purpose of making such a return, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data, and to testify, as may be relevant or material to making the return.

5. On July 29, 2004, Revenue Officer Katherine McDonough issued, pursuant to Section 7602 of the Internal Revenue Code of 1986, a summons to William Rego, directing him to appear before Revenue Officer Katherine McDonough at 166 Main Street Brockton, MA 02301 at 9:00 A.M. on August 19, 2004 and to produce for examination (and give testimony relating to) documents and financial records for the year(s) ending December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002 and December 31, 2003.

A copy of the Summons is attached to this Petition as "Exhibit A". On July 29, 2004, Revenue Officer Katherine McDonough served the Summons on William Rego by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. Revenue Officer Katherine McDonough signed a certification on the face of the copy of the Summons served that it is a true and correct copy of the original.

6. William Rego has failed and refuses to comply with the Summons.

7. The records sought by the Summons are not now in the possession of the Internal Revenue Service, and their production by William Rego for examination by an officer of the Internal Revenue Service is necessary to make federal income tax returns for the year(s) ending December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002 and December 31, 2003.

WHEREFORE, the petitioners pray that:

1. William Rego be ordered to show cause, if any he has, why he should not obey the Summons;

2. William Rego be ordered to obey the Summons at a time and place to be fixed by Revenue Officer Katherine McDonough or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

3. The cost of this action to be awarded to the United States.

By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Barbara Healy Smith
BARBARA HEALY SMITH
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: JANUARY 31, 2005

EXHIBIT A

# Summons

In the matter of  **WILIAM REGO, 243 BOWEN STREET, FALL RIVER, MA 02724**

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed Area: 21**

Periods **CALENDAR YEARS EDING 12/31/1999, 12/31/2000, 12/31/2001, 12/31/2002 AND 12/31/2003**

## The Commissioner of Internal Revenue

To  **WILLIAM REGO**

At  **243 BOWEN STREET, FALL RIVER, MA 02724**

You are hereby summoned and required to appear before Katherine McDonough, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **CALENDAR YEARS EDING 12/31/1999, 12/31/2000, 12/31/2001, 12/31/2002 AND 12/31/2003**, including but not limited to: statement of wages for the year(s) **CALENDAR YEARS EDING 12/31/1999, 12/31/2000, 12/31/2001, 12/31/2002 AND 12/31/2003**, statements regarding interest or dividend income for the year(s) **CALENDAR YEARS EDING 12/31/1999, 12/31/2000, 12/31/2001, 12/31/2002 AND 12/31/2003**; employee earnings statements for the year(s) **CALENDAR YEARS EDING 12/31/1999, 12/31/2000, 12/31/2001, 12/31/2002 AND 12/31/2003**; records of deposits to bank accounts during the year(s) **CALENDAR YEARS EDING 12/31/1999, 12/31/2000, 12/31/2001, 12/31/2002 AND 12/31/2003**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **CALENDAR YEARS EDING 12/31/1999, 12/31/2000, 12/31/2001, 12/31/2002 AND 12/31/2003** (for which year(s) no return have been made) may be determined.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

166 Main Street, Brockton, MA 02031   508-895-8831

**Place and time for appearance at:**   166 Main Street, Brockton, MA 02031

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the __19TH__ day of __AUGUST__, 2004 at _9_ o'clock _A_ m.

Issued under authority of the Internal Revenue Code this _29th_ day of _July_, 2004

_[signature]_
Signature of Issuing Officer

**Revenue Officer**
Title

Signature of Approving Officer (if applicable)    Title

**Original -- to be kept by IRS**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>          Petitioner )<br>                       )<br>      V.               )<br>                       )<br>WILLIAM REGO  )<br>                       )<br>          Respondent ) | M.B.D. No.<br>**05MBD 10062** |

### DECLARATION OF REVENUE OFFICER

I, Katherine McDonough, declare:

1.    I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 166 Main Street Brockton, MA 02301. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2.    In my capacity as a Revenue Officer, I am conducting an investigation to determine the tax liability of William Rego for the period(s) ending December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002 and December 31, 2003.

3.    In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on July 29, 2004, an administrative summons to William Rego to give testimony and to produce documents as described in same summons. The summons is attached to the Petition as Exhibit A.

4.    In accordance with 26 U.S.C. § 7603, on July 29, 2004, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent. William Rego, by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

5.    On August 19, 2004, William Rego failed to comply with the

summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6. The books, papers, records or other data sought by the summons are not already in possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the federal tax liability of William Rego for the period(s) ending December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002 and December 31, 2003.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 26th day of October, 2004

Katherine McDonough
Revenue Officer