Case 1:05-mc-10062-PBS   Document 3   Filed 03/04/2005   Page 1 of 11

**05MBD10062**

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CV-05-10062-PBS |
| DEFENDANT | TYPE OF PROCESS |
| WILLIAM REGO | ORDER TO SHOW CAUSE |

FILED CLERK'S OFFICE
2005 MAR -3 P 2:42
U.S. DISTRICT COURT
DISTRICT OF MASS.

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

William Rego

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**  243 Bowen Street, Fall River, MA  02724

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Healy Smith, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA  02210

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve on or before  3/17 , 2005

| Signature of Attorney or other Originator requesting service on behalf of: | [x] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Barbara Healy Smith | | (617) 748-3282 | 1/31/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 38 | /s/ Nancy Falasca | 2/14/05 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service    Time    am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**
2/24/05 - No corner at above address. Return unexecuted.

# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,
    Plaintiff,

V.                                  M.B.D. NO. 2005-10062-PBS

WILLIAM REGO,
    Defendant.

## ORDER TO SHOW CAUSE

COLLINGS, U.S.M.J.

WILLIAM REGO is ORDERED to appear IN PERSON before the undersigned United States Magistrate Judge on **THURSDAY, MARCH 24, 2005 AT 2:45 P.M. at Courtroom #14, (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts** then and there to show cause, if any there be, why he should not be compelled to obey the Internal Revenue Service Summons served upon him on July 29, 2004.

It is FURTHER ORDERED that the United States Marshal or one of his deputies personally serve a copy of this Order, together with the Petition

# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,
    Plaintiff,

V.

WILLIAM REGO,
    Defendant.

M.B.D. NO. 2005-10062-PBS

## ORDER TO SHOW CAUSE

COLLINGS, U.S.M.J.

WILLIAM REGO is ORDERED to appear IN PERSON before the undersigned United States Magistrate Judge on *THURSDAY, MARCH 24, 2005 AT 2:45 P.M. at Courtroom #14, (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts* then and there to show cause, if any there be, why he should not be compelled to obey the Internal Revenue Service Summons served upon him on July 29, 2004.

It is FURTHER ORDERED that the United States Marshal or one of his deputies personally serve a copy of this Order, together with the Petition

and Exhibit(s) thereto upon WILLIAM REGO *on or before the close of business on March 10, 2005.*

It is FURTHER ORDERED that within five (5) of service of a copy of this Order, the Petition and Exhibit(s), WILLIAM REGO shall file and serve a written response to the within Order.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judg

Date: February 10, 2005.



**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Petitioner ) | |
| ) | M.B.D. No. |
| V. ) | |
| ) | 05 MBD 10062 |
| WILLIAM REGO ) | |
| ) | |
| Respondent ) | |



**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael Sullivan, United States Attorney for the District of Massachusetts, state that:

1. This proceeding for the enforcement of an Internal Revenue Service Summons is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. sections 7402(b) and 7604(a).

2. Katherine McDonough is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under the Internal Revenue Laws.

3. The respondent, William Rego resides or is found at 243 Bowen Street, Fall River, Massachusetts 02724 within the jurisdiction of this Court.

4. Section 6020(b) of the Internal Revenue Code of 1986, 26 U.S.C., authorizes the Secretary of the Treasury, acting by his agents and employees in the Internal Revenue Service, to make a return from his own knowledge and from such information as he can obtain through testimony or otherwise for a person who fails to file a return. For the purpose of making such a return, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data, and to testify, as may be relevant or material to making the return.

5. On July 29, 2004, Revenue Officer Katherine McDonough issued, pursuant to Section 7602 of the Internal Revenue Code of 1986, a summons to William Rego, directing him to appear before Revenue Officer Katherine McDonough at 166 Main Street Brockton, MA 02301 at 9:00 A.M. on August 19, 2004 and to produce for examination (and give testimony relating to) documents and financial records for the year(s) ending December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002 and December 31, 2003.

A copy of the Summons is attached to this Petition as "Exhibit A". On July 29, 2004, Revenue Officer Katherine McDonough served the Summons on William Rego by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. Revenue Officer Katherine McDonough signed a certification on the face of the copy of the Summons served that it is a true and correct copy of the original.

6. William Rego has failed and refuses to comply with the Summons.

7. The records sought by the Summons are not now in the possession of the Internal Revenue Service, and their production by William Rego for examination by an officer of the Internal Revenue Service is necessary to make federal income tax returns for the year(s) ending December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002 and December 31, 2003.

WHEREFORE, the petitioners pray that:

1. William Rego be ordered to show cause, if any he has, why he should not obey the Summons;

2. William Rego be ordered to obey the Summons at a time and place to be fixed by Revenue Officer Katherine McDonough or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

3. The cost of this action to be awarded to the United States.

By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Barbara Healy Smith
BARBARA HEALY SMITH
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: JANUARY 31, 2005



# Summons

EXHIBIT A

In the matter of **WILIAM REGO, 243 BOWEN STREET, FALL RIVER, MA 02724**

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed Area: 21**

Periods **CALENDAR YEARS EDING 12/31/1999, 12/31/2000, 12/31/2001, 12/31/2002 AND 12/31/2003**

## The Commissioner of Internal Revenue

To **WILLIAM REGO**
At **243 BOWEN STREET, FALL RIVER, MA 02724**

You are hereby summoned and required to appear before Katherine McDonough, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **CALENDAR YEARS EDING 12/31/1999, 12/31/2000, 12/31/2001, 12/31/2002 AND 12/31/2003**, including but not limited to: statement of wages for the year(s) **CALENDAR YEARS EDING 12/31/1999, 12/31/2000, 12/31/2001, 12/31/2002 AND 12/31/2003**, statements regarding interest or dividend income for the year(s) **CALENDAR YEARS EDING 12/31/1999, 12/31/2000, 12/31/2001, 12/31/2002 AND 12/31/2003**; employee earnings statements for the year(s) **CALENDAR YEARS EDING 12/31/1999, 12/31/2000, 12/31/2001, 12/31/2002 AND 12/31/2003**; records of deposits to bank accounts during the year(s) **CALENDAR YEARS EDING 12/31/1999, 12/31/2000, 12/31/2001, 12/31/2002 AND 12/31/2003**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **CALENDAR YEARS EDING 12/31/1999, 12/31/2000, 12/31/2001, 12/31/2002 AND 12/31/2003** (for which year(s) no return have been made) may be determined.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
166 Main Street, Brockton, MA 02031   508-895-8831

**Place and time for appearance at:** 166 Main Street, Brockton, MA 02031

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the **19TH** day of **AUGUST**, **2004** at **9** o'clock **A** m.

Issued under authority of the Internal Revenue Code this **29th** day of **July**, **2004**

_Katherine McDonough_
Signature of Issuing Officer

**Revenue Officer**
Title

_____
Signature of Approving Officer *(if applicable)*

_____
Title

Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: July 29, 2004    Time: 11:05 AM

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _Nancy Rego_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

Signature: _Katherine McDonough_    Title: _Revenue Officer_

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

Signature    Title

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature    Title

Form **2039** (Rev. 12-2001)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
         Petitioner    )
                   )
        V.              )    M.B.D. No.
                   )
WILLIAM REGO          )
                   )
         Respondent  )



## DECLARATION OF REVENUE OFFICER

I, Katherine McDonough, declare:

1.    I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 166 Main Street Brockton, MA 02301. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2.    In my capacity as a Revenue Officer, I am conducting an investigation to determine the tax liability of William Rego for the period(s) ending December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002 and December 31, 2003.

3.    In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on July 29, 2004, an administrative summons to William Rego to give testimony and to produce documents as described in same summons. The summons is attached to the Petition as Exhibit A.

4.    In accordance with 26 U.S.C. § 7603, on July 29, 2004, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent. William Rego, by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

5.    On August 19, 2004, William Rego failed to comply with the

summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6. The books, papers, records or other data sought by the summons are not already in possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the federal tax liability of William Rego for the period(s) ending December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002 and December 31, 2003.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 26th day of October, 2004

Katherine McDonough
Revenue Officer

```
CJIS 401267    02/24/2005 1155   S1999/6999.

TX:
**** CJIS DISPLAY FOR LUM401  ON 02/24/05  11:52 EST
QUERY # 000009766           REQ ID - 23.9756
  NAM/REDD, WILLIAM



              ALH:


CJIS 401267    02/24/2005 1155   S1999/6999.
              MASSACHUSETTS REGISTRY OF MOTOR VEHICLES     02/24/05 1155
---- DRIVER  INQUIRY ----
 KEYS USED:              REDD            WILLIAM              111857
OLN:A06751674              STATE:            SOC:
CDL STATUS:        REASON:
 NAME L: REDD            F: WILLIAM      M: J         DOB: 11/18/1957
  SEX: U    HGT: 0 00
 RESIDENCE:                        CITY:              ST:    ZIP:
  BLDG/APT:
 MAIL ADDR: 10 WINDSTONE AVENUE  CITY: PORTSMOUTH    ST: RI ZIP: 02871-3733
  BLDG/APT:
 DRIVERS ED: N    MAG REVIEW: N    MILITARY: N
 PREVIOUS NAME  L:      F:       M:
 RESTRICTIONS:           TIME:          TO
 TYPE   CLASS   ISSUE DATE  EXP DATE





CJIS 401267    02/24/2005 1155   S1999/6999.
              MASSACHUSETTS REGISTRY OF MOTOR VEHICLES     02/24/05 1155
---- DRIVER  INQUIRY ----
 KEYS USED:              REDD            WILLIAM              111857
OLN:A06556731              STATE:            SOC:
CDL STATUS:        REASON:
 NAME L: REDD            F: WILLIAM      M: J         DOB: 11/18/1957
  SEX: U    HGT: 0 00
 RESIDENCE:                        CITY:              ST:    ZIP:
  BLDG/APT:
```