UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br><br>v.<br><br>WILLIAM REGO,<br>Respondent. | MBD No. 05-10062-PBS/RBC |

### AFFIDAVIT OF SERVICE

I, Katherine McDonough, Revenue Officer/Agent of the Internal Revenue Service, do hereby certify that on April 11, 2005, I served a copy of the Order to Show Cause, together with copies of the Petition to Enforce Internal Revenue Summons and supporting Exhibit and Affidavit, upon the said, WILLIAM REGO at 243 Bowen Street, Fall River, Massachusetts, BY:

__X__   HAND

_____   LEAVING AT LAST AND USUAL PLACE OF ABODE

_____   _____, A PERSON OF SUITABLE AGE AND DISCRETION THEN RESIDING IN DEFENDANT'S USUAL PLACE OF

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20th DAY OF April, 2005.

Katherine McDonough
Revenue Officer / Agent of
Internal Revenue Service