UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br><br>v.<br><br>WILLIAM REGO,<br>Respondent. | M.B.D. No. 05-10062-PBS/RBC |

## ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Robert B. Collings for hearing on April 22, 2005 and the respondent, William Rego, not having shown any cause why he should not obey the Summons issued to him on July 29, 2004:

IT IS ORDERED that William Rego obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Katherine McDonough or any other officer of the Internal Revenue Service authorized to examine the records and take his testimony on or before _____, 2005 at 9:00 AM at the office of the Internal Revenue Service, 166 Main Street, Brockton, MA 02301, Tel. #(508)895-8831.

Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

/s/ ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE

Dated: April 22, 2005