UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
Petitioner,

M.B.D. No. 05-10062-PBS/RBC

filed
USDC
6/13/05
10:49 AM.

WILLIAM REGO  Respondent,

## AFFIDAVIT

### Affidavit of William Rego

In response to the Internal Revenue Service summons for tax records dated July 29, 2004 to the best of my knowledge I have turned over all tax records, slips, and invoices that are in my possession. There are no other records available for the respondent to turn over also there are no other records in the possession of any other former employees. The tax returns for the years requested in the summons are being professionally prepared and will be filled with the Internal Revenue Service within the next sixty days.

Signs under pains and penalties of perjury

_____
William Rego    June 9, 2005