UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                  )
UNITED STATES OF AMERICA,  )
            Petitioner,     )
                                )
v.                                )    M.B.D. NO. 05-10062-PBS/RBC
                                )
WILLIAM REGO,              )
            Respondent.   )
_____)

## MOTION FOR AN ORDER TO SHOW CAUSE WHY RESPONDENT SHOULD NOT BE HELD IN CONTEMPT

     The Petitioner, United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court for an order directing the Respondent, WILLIAM REGO, to appear before this Court and show cause, if any he has, why he should not be held in contempt of this Court's Order Enforcing Internal Revenue Service Summons dated April 22, 2005.  In support of this motion the Petitioner states as follows:

     On April 22, 2005, this Court entered an Order Enforcing Internal Revenue Service Summon, and instructed the Respondent, WILLIAM REGO, to obey the Summons issued to him by the Internal Revenue Service by the close of business on June 10, 2005.  A copy of the Order is attached hereto as **Exhibit A**.

-2-

On June 13, 2005, the respondent, William Rego, filed an Affidavit stating, "The tax returns for the years requested in the summons are being professionally prepared and will be filled with the Internal Revenue Service within the next sixty days." See **Exhibit B** attached hereto.

As of October 12, 2005, the Respondent, WILLIAM REGO, has not complied with this Court's Order, has failed to appear or contact Revenue Officer, and has failed to produce the requested documents within his promised 60 days. See Affidavit of Revenue Officer Katherine McDonough attached as **Exhibit C** hereto.

WHEREFORE, the Petitioner respectfully requests that this Court order the Respondent, WILLIAM REGO, to appear before this Court and show cause, if any he has, why he should not be held in contempt of this Court's Order Enforcing Internal Revenue Service Summons entered April 22, 2005.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                      By:   /s/Barbara Healy Smith
                            BARBARA HEALY SMITH
                            Assistant U.S. Attorney
                            John Joseph Moakley U.S. Courthouse
                            1 Courthouse Way - Suite 9200
                            Boston, MA 02210
                            (617) 748-3282

Dated: November 22, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
UNITED STATES OF AMERICA,        )
         Petitioner,        )
)
v.                               )    M.B.D. No. 05-10062-PBS/RBC
)
WILLIAM REGO,                    )
         Respondent.       )
)

## ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Robert B. Collings for hearing on April 22, 2005 and the respondent, William Rego, not having shown any cause why he should not obey the Summons issued to him on July 29, 2004:

IT IS ORDERED that William Rego obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Katherine McDonough or any other officer of the Internal Revenue Service authorized to examine the records and take his testimony on or before _____June 10_____, 2005 at 9:00 AM at the office of the Internal Revenue Service, 166 Main Street, Brockton, MA 02301, Tel. #(508)895-8831.

Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE

Dated: April 22, 2005

EXHIBIT
A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*filed
USDC
6/13/05
10:49 AM.*

UNITED STATES OF AMERICA
Petitioner,

M.B.D. No. 05-10062-PBS/RBC

WILLIAM REGO Respondent,

## AFFIDAVIT

### Affidavit of William Rego

In response to the Internal Revenue Service summons for tax records dated July 29, 2004 to the best of my knowledge I have turned over all tax records, slips, and invoices that are in my possession. There are no other records available for the respondent to turn over also there are no other records in the possession of any other former employees. The tax returns for the years requested in the summons are being professionally prepared and will be filled with the Internal Revenue Service within the next sixty days.

Signs under pains and penalties of perjury

William Rego    June 9, 2005

EXHIBIT
B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
    Petitioner )
  )
  ) M.B.D.No. 05-10062-PBS/RBC
    V. )
WILLIAM REGO, )
    Respondent

### AFFIDAVIT OF REVENUE OFFICER

1. I, Katherine McDonough, Revenue Officer of the Internal Revenue Service, am authorized to issue summonses. A Summons for Income Tax Returns was issued to William Rego on August 19, 2004.

2. The information requested in the Summons is necessary to prepare federal income tax returns for 1999, 2000, 2001, 2002 and 2003.

3. The respondent has failed and refuses to comply with the Summons.

4. On April 22, 2005, an Order Enforcing Internal Revenue Service Summons was entered directing the respondent to appear before the Revenue Officer by June 10, 2005.

5. The respondent William Rego entered an Affidavit on June 13, 2005 stating that he turned over all records in his possession to the IRS. The Affidavit further stated that the income tax returns were being professionally prepared would be filed with Katherine McDonough within sixty days, to date the returns have not been received. Mr. Rego did provide invoices, bills, receipts and payroll records for 2002 but no documents or testimony pertaining to his income required to prepare the income tax returns.

6. To date, the respondent has not complied with the Order and has not contacted Katherine McDonough, Revenue Officer, regarding this matter.

10/13/05
Date

Katherine McDonough
Revenue Officer
Internal Revenue Service

State of Massachusetts

County Plymouth

On this 12th day of October, 20 05, before me, the undersigned notary public, personally appeared Katherine McDonough, proved to me through satisfactory evidence of identification, which was Mass. Driver's LI., to be the person whose name is signed on this document, and acknowledged that he/she signed it voluntarily for its stated purpose.

EXHIBIT
C

10/21/2005

_____
Notary Public

Print Name: Vincent J. Loycano        My commission expires: January 31, 2008