UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,    )
                Petitioner,    )
                                    )
v.                                  )    M.B.D. NO. 05-10062-PBS/RBC
                                    )
WILLIAM REGO,    )
                Respondent.    )
_____)

**ORDER TO SHOW CAUSE**
**WHY RESPONDENT SHOULD NOT BE HELD IN CONTEMPT**

Petitioner has moved the Court to enter an order requiring Respondent to show cause why he should not be held in contempt of this Court's Order requiring him to appear before Revenue Officer Katherine McDonough, or any other officer of the Internal Revenue Service, on or before June 10, 2005, to provide the financial information sought under an IRS Summons.

Based upon the Affidavit of the Revenue Officer Katherine McDonough, it appears that Respondent has failed and/or refused to obey said Order of Court. Upon the motion of Michael J. Sullivan, United States Attorney for the District of Massachusetts, this Court orders that Respondent appear and show cause why he should not be held in contempt.

It is hereby ORDERED that a copy of this Order, be personally served upon WILLIAM REGO on or before _____, 2005.

-2-

It is further ORDERED that the Respondent, William Rego, appear before the District Court of Massachusetts, in the branch thereof presided over by the undersigned, United States Magistrate Judge Robert B. Collings, in his courtroom in the United States Courthouse in Boston, on the _____ day of _____, 2006, at ___ AM/PM, to show cause why he should not be held in contempt for his failure to obey the Order of this Court.

Date: _____, 2005

_____
ROBERT B. COLLINGS
United States Magistrate Judge