UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____    )
                                  )
UNITED STATES OF AMERICA,         )
        Petitioner,               )
                                  )
v.                                )   MBD No. 05-10062-PBS/RBC
                                  )
WILLIAM REGO,                     )
        Respondent.               )
_____)

## MOTION TO APPOINT SPECIAL PROCESS SERVER

NOW COMES, the Petitioner, United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and hereby moves pursuant to Fed. R. Civ. P. 4(c)(2), that the Court specially appoint any agent of the IRS, who is not a party, to effectuate service of the ORDER TO SHOW CAUSE.

As grounds therefore, Petitioner states that the United States Marshals previously were unable to serve the Respondent, and an IRS agent was successful in serving the Respondent.

        Respectfully submitted,

        MICHAEL J. SULLIVAN,
        United States Attorney

    By:  /s/Barbara Healy Smith
        BARBARA HEALY SMITH
        Assistant U.S. Attorney
        John Joseph Moakley Courthouse
        1 Courthouse Way - Suite 9200
        Boston, MA 02210
        (617) 748-3282

Dated: December 2, 2005