# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                                                   M.B.D. 2005-100062-PBS

WILLIAM REGO,
        Defendant.

## *ORDER TO SHOW CAUSE RE: CONTEMPT*

COLLINGS, U.S.M.J.

    WILLIAM REGO, 243 Bowen Street, Fall River, Massachusetts is ORDERED to appear before the Honorable Patti B. Saris on ***THURSDAY, JANUARY 5, 2006 AT 4:00 P.M.*** at Courtroom #19 (7th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts and then and there to show cause, if any there be, why he should not be held in criminal contempt of Court and appropriately punished for failing to comply with the Order of Magistrate Judge Robert B. Collings issued on April 22, 2005 which enforced an Internal Revenue summons.

    Failure of WILLIAM REGO to appear as ordered herein shall result in the

issuance of a warrant for his arrest.

A certified copy of the within Order shall be served on WILLIAM REGO *on or before the close of business on December 22, 2005.*

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  December 8, 2005.