UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Petitioner,<br><br>　　　　v.<br><br>WILLIAM REGO,<br>　　　　Respondent. | )<br>)<br>)<br>)<br>)　MBD No. 05-10062-PBS<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

I, Katherine McDonough, Revenue Officer/Agent of the Internal Revenue Service, do hereby certify that on _December 15_, 2005, I served a certified copy of the Order to Show Cause Re: Contempt, upon the said, WILLIAM REGO by serving:

_____    IN HAND

__✓__    UPON _Nancy Rego_, A PERSON OF SUITABLE AGE AND DISCRETION THEN RESIDING IN DEFENDANT'S USUAL PLACE OF ABODE / BUSINESS _38 Bayview Rd_ _Tiverton, RI_

_____    LEAVING AT LAST AND USUAL PLACE OF ABODE (after ___ attempts of personal service)

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _15th_ DAY OF _December_, 2005.

_Katherine McDonough_
Katherine McDonough
Revenue Officer / Agent of
Internal Revenue Service