

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Tel. No.: (617) 748-3282*
*Fax No. (617) 748-3971*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

January 4, 2006

**Electronically Filed**

Robert Alba, Courtroom Clerk
  to Hon. Patti B. Saris
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   **USA v. William Rego**, MBD No. 05-10062
      Contempt Hearing:  January 5, 2006 @ 4:00 PM

Dear Mr. Alba:

  As I informed you by telephone yesterday, the defendant, William Rego, contacted me by telephone yesterday to say that he had been trying to reach the clerk's office to ask for a continuance of the hearing scheduled for tomorrow because he is going into the hospital on Thursday and Friday for tests related to serious health problems he has been having.  In support of this, Mr. Rego today faxed the attached letter from Doctor Fielding indicating an appointment for January 5-6, 2006.  Therefore, I am notifying this court of defendant's request for a continuance, and hereby request that this letter be brought to Judge Saris' attention for her disposition.

  The government does not object to a continuance of tomorrow's contempt hearing, but suggests that, based on comments Mr. Rego made in his telephone call to me, if the Court agrees to continue the hearing it do so for thirty days.   Mr. Rego has said his returns will be completed and filed by the end of this month, which would moot the need for a contempt hearing.  Thank you for your time and attention to this matter.

         Very truly yours,

         /s/ Barbara Healy Smith
         Barbara Healy Smith
         Assistant U.S. Attorney

BHS/jmz
Enclosure
cc:   William Rego
      Don Guild, IRS/Special Procedures



# Internal Medicine & Cardiology Associates
## Of Southeastern New England, P.C.

*Internal Medicine &*
*Cardiology Associates*
*1565 North Main Street*
*Suite 306*
*Fall River, MA 02720*
*Tel: (508) 675-0369*
*Fax: (508) 677-3644*

**Cardiology:**
*Mark Gabry, M.D.*
*Philip Sabra, M.D.*
*M. Wajid Baig, M.D.*
*Ann Grady, M.D.*
*Michael Meuth, M.D.*
*Jarvis Lambert, M.D.*
*Patrick Curran, M.D.*
*Franklin Scheel, M.D.*
  *Founder - Retired*

**Internal Medicine:**
*Karl Zuzarte, M.D.*
*Miguel Brillantes, M.D.*
*Shobi Sundar, M.D.*

**Family Practice/**
  **Sports Medicine:**
*Jeffrey Brown, M.D.*

**Family Practice:**
*Kenneth Piva, D.O.*

**PA/NP:**
*Lynne Bisbano, PA-C*
*Dallas Leonard, ANP*

*Westport Family*
  *Medicine Center*
*829 Main Road*
*Westport, MA 02790*
*Tel: (508) 636-5101*
*Fax: (508) 636-3651*

**Family Practice:**
*J.K. Stewart Kirkaldy, M.D.*
  *Founder*
*Dennis Callen, M.D.*
*Scott Lauermann, M.D.*
*Kristin Fielding, M.D.*

**NP:**
*Donna Hampton, ANP*
*Karen Quinn-Costa, FNP*
*Betty Armbrecht, FNP*

December 15, 2005

RE: William Rego
DOB: 11/19/57

To Whom It May Concern:

Mr. Rego is a patient in this office. Due to medical conditions he is being followed for, he will need to be excused from work for doctor appointments. The dates he will need are December 20, 2005; December 22, 2005; and January 5-6, 2006.

We thank you in advance for your cooperation. This is very important to Mr. Rego's health.

If there are any further questions, please contact the office.

Sincerely,

Kristin Fielding, MD