UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
UNITED STATES OF AMERICA,        )
                 Petitioner,                )
                                          )
v.                                        )          MBD No. 05-10062-PBS
                                          )
WILLIAM REGO,                        )
                 Respondent.             )
_____)


## MOTION TO WITHDRAW PETITION
## TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS


The United States of America, on behalf of its agency, the Internal Revenue

Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of

Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal

Revenue Summons which was filed with this Court on January 31, 2005.

The petitioner now seeks to withdraw its petition because the respondent has

complied with the Internal Revenue Service Summons.


                              Respectfully submitted:

                              MICHAEL J. SULLIVAN,
                              United States Attorney

                    By:  /s/Barbara Healy Smith_____
                              BARBARA HEALY SMITH
                              Assistant U.S. Attorney
                              John Joseph Moakley U.S. Courthouse
                              1 Courthouse Way - Suite 9200
                              Boston, MA  02210
Dated: 2/08/06                (617) 748-3282

Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated on the NEF as non-registered participants on February 8, 2006.

/s/ Barbara Healy Smith
BARBARA HEALY SMITH
Assistant U.S. Attorney